ECHO LAKE CORPORATION et al., Respondents, *v.* TOWN OF MOUNT PLEASANT et al., Appellants.

Argued June 7, 1937; decided July 13, 1937.

*William F. Bleakley* and *Henry J. Logan* for appellants.

*Joseph Day Lee* and *Winfield L. Morse* for Taxpayers Association of the Town of Mount Pleasant, Inc., *amicus curiæ.*

*William D. Cunningham* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.